FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2023

No. 04-21-00460-CR

Andon Joseph **SAMBRANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Kimble County, Texas
Trial Court No. 2020-DCR-1025
Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

The motion to withdraw as counsel filed by M. Patrick Maguire, counsel for appellant, was previously held under advisement. On December 8, 2022, the trial court relieved and discharged Mr. Maguire as appellant's counsel, and it contemporaneously appointed John Matthews as appellant's substituted appellate counsel. Accordingly, Mr. Maguire's motion to withdraw is hereby GRANTED.

It is so **ORDERED** on February 9, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT